The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

ADRIANNA KILLAM, a Washington resident,

                      Plaintiff,

v.

VILLAGE PARTNERS, INC., a Washington corporation,

                      Defendant.

NO. 16-cv-01749-RSL

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

The undersigned counsel for the parties stipulate that this matter shall be dismissed with prejudice and without costs or fees to either party.

DATED this 27th day of April, 2017.

HESTER LAW GROUP, INC., P.S.

By /s/ Lance M. Hester (via email author.)
    Lance M. Hester, WSBA #27813
1008 South Yakima Avenue, Suite 302
Tacoma, WA 98405
(253) 272-2157
Email: lance@hesterlawgroup.com

WA CIVIL & DISABILITY ADVOCATE

By /s/ Conrad Reynoldson (via email author.)
    Conrad Reynoldson, WSBA #48187
3513 NE 45th , Ste. G, Seattle, WA 98105
(206) 855-3134
Email: conrad.wacda@gmail.com
*Attorneys for Plaintiff*

BYRNES KELLER CROMWELL LLP

By /s/ Paul R. Taylor
    Paul R. Taylor, WSBA #14851
1000 Second Avenue, 38th Floor
Seattle, WA 98104
(206) 622-2000
Email: ptaylor@byrneskeller.com
*Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE (NO. 16-CV-01749-RSL) - 1

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

1

## ORDER

2          Pursuant to the stipulation of the parties, this matter is hereby dismissed with prejudice

3    and without fees or costs to either party.

4          DATED this 2nd day of _May_ 2017.

5

6                                              _Mt S Casnik_
                                        Honorable Robert S. Lasnik
7

8    Presented by:

9    BYRNES KELLER CROMWELL LLP

10   By /s/ Paul R. Taylor
         Paul R. Taylor, WSBA #14851
11   1000 Second Avenue, 38th Floor
     Seattle, WA 98104
12   206-622-2000
13   Email: ptaylor@byrneskeller.com
     *Attorneys for Defendant*
14
     HESTER LAW GROUP, INC., P.S.
15
16   By /s/ Lance M. Hester (via email author.)
         Lance M. Hester, WSBA #27813
17   1008 South Yakima Avenue, Suite 302
     Tacoma, WA  98405
18   (253) 272-2157
     Email: lance@hesterlawgroup.com
19
20   WA CIVIL & DISABILITY ADVOCATE

21   By /s/ Conrad Reynoldson (via email author.)
         Conrad Reynoldson, WSBA #48187
22   3513 NE 45th , Ste. G, Seattle, WA 98105
     (206) 855-3134
23   Email: conrad.wacda@gmail.com

24   *Attorneys for Plaintiff*

25

26

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE (NO. 16-CV-01749-RSL) - 2

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.